IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DISIVION

**CORTEZ L. GOULD**                                                                                    **PETITIONER**
**ADC# 111870**

v.                    Case No. 4:20-cv-01084-BRW-JTK

**DEXTER PAYNE,** *Director*,
Arkansas Division of Correction                                                              **RESPONDENT**

## ORDER

The Court has received the partial recommendation submitted by United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of October, 2021.


                                                                        Billy Roy Wilson
                                                                        UNITED STATES DISTRICT JUDGE