IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DISIVION

**CORTEZ L. GOULD**                                                                                               PETITIONER
ADC# 111870

v.                     Case No. 4:20-cv-01084-BRW-JTK

**DEXTER PAYNE,** *Director*,
Arkansas Division of Correction                                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered today, the Court dismisses petitioner Cortez Gould's petition with prejudice and denies the requested relief.

IT IS SO ORDERED this 14th day of October, 2021.


                                           Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE